No. 10-7556. James Faulds, Jr., Petitioner v. United States.

562 U.S. 1155, 131 S. Ct. 949, 178 L. Ed. 2d 784, 2011 U.S. LEXIS 345.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 612 F.3d 566.

No. 10-7557. Michael Lee Swain, Petitioner v. Missouri.

562 U.S. 1155, 131 S. Ct. 949, 178 L. Ed. 2d 784, 2011 U.S. LEXIS 190.

January 10, 2011. Petition for writ of certiorari to the Supreme Court of Missouri denied.

No. 10-7563. Jeffrey Angel Romero, Petitioner v. California.

562 U.S. 1155, 131 S. Ct. 949, 178 L. Ed. 2d 784, 2011 U.S. LEXIS 119.

January 10, 2011. Petition for writ of certiorari to the Court of Appeal of California, First Appellate District, denied.

No. 10-7567. P. B. Griffin, IV, Petitioner v. United States.

562 U.S. 1155, 131 S. Ct. 949, 178 L. Ed. 2d 784, 2011 U.S. LEXIS 473.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 10-7572. Vincent Hatcher, Petitioner v. David DiGuglielmo, Superintendent, State Correctional Institution at Graterford, et al.

562 U.S. 1155, 131 S. Ct. 950, 178 L. Ed. 2d 784, 2011 U.S. LEXIS 306.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 10-7577. Alma Morales-Vega, Petitioner v. United States.

562 U.S. 1155, 131 S. Ct. 950, 178 L. Ed. 2d 784, 2011 U.S. LEXIS 379.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 392 Fed. Appx. 158.

No. 10-7578. Norman Oliver Grant, Petitioner v. United States.

562 U.S. 1155, 131 S. Ct. 950, 178 L. Ed. 2d 784, 2011 U.S. LEXIS 118.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-7579. Terrell Henderson, Petitioner v. Robert P. Houston, Director, Nebraska Department of Correctional Services.

562 U.S. 1155, 131 S. Ct. 950, 178 L. Ed. 2d 784, 2011 U.S. LEXIS 584.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.